IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDALL ROYER *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. 22-1429 |
| : | |
| DISCOVER FINANCIAL SERVICES, INC., : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 7th day of November, 2023, upon consideration of the Motion to Dismiss (ECF No. 18) filed by Defendant Discover Financial Services, Inc. ("Discover"), the Motion for Temporary Restraining Order (ECF No. 12) filed by Plaintiffs Randall Royer, Nour Goda, and Ramon Royer, Plaintiffs' Motion for Sanctions (ECF No. 14), and the various responses to the foregoing Motions, it is hereby **ORDERED** as follows:

1. Discover's Motion to Dismiss is **GRANTED IN PART AND DENIED IN PART**;

2. Plaintiffs' Motion for Temporary Restraining Order is **DENIED**;

3. Plaintiffs' Motion for Sanctions is **DENIED WITHOUT PREJUDICE**; and

4. Plaintiffs' request (*see* ECF No. 24) to file additional briefing regarding the Motion for Temporary Restraining Order is **GRANTED**.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**