## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Randall Royer *et al*,<br>　　　　　Plaintiffs<br><br>v.<br><br>Discover Financial Services, Inc.,<br>　　　　　Defendant | Docket No. 5:22-cv-01429-JLS |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Randall Royer, Nour Goda, and Ramon Royer.

*s/ Brett Freeman*
Brett Freeman
Bar Number: PA 308834
Freeman Law
606 Hamlin Highway, Suite 2
Lake Ariel, PA 18436
Attorney for Plaintiffs
Phone (570) 589-0010
Fax (570) 456-5955
Email brett@freeman.law

## CERTIFICATE OF SERVICE

The foregoing document has been filed electronically, and service is being effectuated via the CM/ECF system.

*s/ Brett Freeman*
Brett Freeman