IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Randall Royer *et al*,<br>                    Plaintiffs<br><br>v.<br><br>Discover Financial Services, Inc.,<br>                    Defendant | Docket No. 5:22-cv-01429-JLS |

## **NOTICE OF SETTLEMENT IN PRINCIPLE**

The parties have reached a settlement in principle, and are in the process of finalizing the associated paperwork. They hope to have a final settlement agreement signed shortly. In order to allow the parties the time necessary to finalize the settlement agreement, the parties are requesting that the December 6, 2023 settlement conference and the December 18, 2023 Rule 16 conference, be canceled.

| | |
|---|---|
| *s/ Brett M. Freeman* | *s/ Daniel JT McKenna (with consent)* |
| Brett M. Freeman | Daniel JT McKenna |
| brett@freeman.law | mckennad@ballardspahr.com |
| Freeman Law | Ballard Sparh, LLP |
| 606 Hamlin Highway, Suite 2 | 1735 Market St., 51st Floor |
| Lake Ariel, PA 18436 | Philadelphia, PA 19103 |
| Telephone: (570) 589-0010 | Telephone: (215) 864-8321 |
| Facsimile: (570) 456-5955 | Facsimile: (215) 864-8999 |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |