**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RANDALL ROYER, et al.** | : CIVIL ACTION |
| | : |
| v. | : NO. 22-1429 |
| | : |
| **DISCOVER FINANCIAL SERVICES, INC.** | : |

**O R D E R**

**AND NOW,** this 1st day of December, 2023, it is **ORDERED** that the **TELEPHONIC PRETRIAL CONFERENCE (RULE 16)** scheduled for **December 18, 2023 IS CANCELLED.**

BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.